IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 3:04CR36-02-MU |
| | ) | |
| SAMUEL KINGSFIELD | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of defendant's financial affidavit and the complexity of the case, I hereby find the defendant can not afford to hire private counsel and therefore appoint Claire J. Rauscher to represent the defendant in the above-captioned action.

This the 28th day of June, 2005.

*Graham C. Mullen* (signature)

Graham C. Mullen
Chief U.S. District Court Judge