# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:04CR36-02

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SAMUEL KINGSFIELD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The Court held a conference with the parties on March 1, 2006, to schedule an appropriate date for trial. With consent of counsel for the Government and for the Defendant, this case is scheduled for trial on August 22, 2006, beginning at 10:00 A.M.

**IT IS SO ORDERED.**

Signed: March 1, 2006

Graham C. Mullen
United States District Judge